**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN JADE SANSANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:20-cv-00521<br><br>**ORDER OF JOINT STIPULATION OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: July 08, 2021　　　　By: _____
　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

-1-